UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

               Plaintiff,

        v.

ELLEN HUEBNER, *et al.*,

               Defendants.

No. 17-CV-8101 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

As noted in Defendants' July 17, 2020 letter, (*see* Dkt. No. 101), Defendants served Plaintiff with their first set of interrogatories on July 1, 2020. Plaintiff is entitled to pursue discovery as well, and should feel free to confer with the Pro Se Office in doing so.

The Court adopts the following schedule for such discovery:

All document requests and interrogatories are due by August 31, 2020. All depositions are to be completed by November 30, 2020. Discovery is to be completed by December 1, 2020. Premotion letters are due December 15, 2020, and responsive letters are due December 29, 2020.

SO ORDERED.

DATED:    July 31, 2020
                 White Plains, New York

                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE